IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CORNERS AT INWOOD FOREST ASSOCIATION, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-10-4437 |
| WESTERN HERITAGE INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## ORDER

Currently before the court is the plaintiff's unopposed motion to extend certain deadlines in this case, in order to facilitate ongoing settlement discussions. (Docket Entry No. 23). The motion is granted. The plaintiff must file its response to the defendant's motion for summary judgment, (Docket Entry No. 12), by March 13, 2012. The defendant may file its reply by March 23. The deadline for filing the joint pretrial order and any motions in limine is extended to April 23. Docket call is reset to **May 11, 2012 at 1:30 p.m.** in Courtroom 11-B.

SIGNED on February 22, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge